PER CURIAM.
hOn remand from the United States Supreme Court, Jacobs v. Louisiana, No. 15-5004, — U.S. -, 136 S.Ct. 1362, 194 L.Ed.2d 345 (March 7, 2016) (mem;), which vacated relator’s sentence, and in light of the Supreme Court’s holding in Montgomery v. Louisiana, 577 U.S. -, 136 S.Ct. 718, 193 L.Ed.2d 599 (2016) that Miller v. Alabama, 567 U.S. -, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012) announced a substantive rule of constitutional law that applies retroactively, we remand this case to the 24th Judicial District Court for further proceedings consistent with the views expressed in State v. Montgomery, 13-1163 (La.6/28/16), 194 So.3d 606, and for resen-tencing pursuant to La.C.Cr.P. art. 878.1.
REMANDED